UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-CR-00211-RLW |
| | ) | |
| DARRYL LENNELL MOORE, II, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE A SEALED PLEADING

COMES NOW, Darryl Lennel Moore, II, by and through undersigned counsel, and pursuant to Eastern District of Missouri Local Rule 13.05(A)(4)(a), moves for leave of Court to file a sealed sentencing memorandum for the reasons set forth in the accompanying memorandum in support.

Undersigned counsel has confirmed that counsel for the government does not oppose sealing of this document.

/s/ Eric W. Butts
ERIC W. BUTTS, #36184MO
Attorney for Defendant
Darryl Lennell Moore, II
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
Email: ewbtts@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:  Mr. Paul A. D'Agrossa, Assistant United States Attorney, 111 South 10th Street, St. Louis, Missouri 63102.

/s/ Eric W. Butts